IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


Sealed

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:14CR35 |
| § | Judge Schell |
| GINA SPRATLING (1) § | |
| ANDY WAYNE SPILLERS (2) § | FILED |
| CHRIS NEWTON KEY (3) § | U.S. DISTRICT COURT |
| NIKKI LEIGH MCMENAMY (4) § | EASTERN DISTRICT OF TEXAS |
| | MAR 1 2 2014 |
| | DAVID J. MALAND, CLERK |
| | BY_____ DEPUTY |

**FIRST SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2010, and continuously thereafter up to and including March 12, 2014, in the Eastern District of Texas and elsewhere,

**Gina Spratling
Andy Wayne Spillers
Chris Newton Key
Nikki Leigh McMenamy**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 846, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

3-12-14
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR35 |
| | § | Judge Schell |
| GINA SPRATLING (1) | § | |
| ANDY WAYNE SPILLERS (2) | § | |
| CHRIS NEWTON KEY (3) | § | |
| NIKKI LEIGH MCMENAMY (4) | § | |

## Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00