IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

The following cases are set for final pretrial conference and trial scheduling on Monday, July 7, 2014,  at the times shown on the attached list.   **All** cases will be heard in the **United States Courthouse, 7940 Preston Road, Plano, Texas.   Dates for jury selection and trial will be determined at this time**.   ***Change of pleas will be taken at the final pretrial hearing unless other arrangements have been made through the deputy clerk.  Any motions for continuance are due no later than 5:00 p.m. Tuesday preceding the final pretrial conference. Otherwise, the defendant and defendant's counsel will be expected to appear on the date stated above.***

Requested jury instructions and exhibit and witness lists in criminal cases shall be delivered to the court and opposing counsel at least **TWO FULL BUSINESS DAYS** prior to the scheduled trial date.  Absent good cause, the parties will not be permitted to amend their exhibit and witness lists.  Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court **by the date set out in the Scheduling Order**.  In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission.  In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions via email or on a diskette (Word Perfect compatible).

All counsel in civil cases shall exchange exhibits prior to trial. All exhibits which are without objection shall be offered into evidence, together with an index of exhibits, immediately prior to the commencement of trial.  All proposed exhibits that are objected to by any party may be presented to the court prior to the trial, and a ruling on such exhibits made prior to the presentation of evidence, or counsel may elect to offer the exhibits during the presentation of evidence.

**SIGNED this the 1st day of July, 2014.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

# *NEW*

# ***PLEASE READ***

## NOTICE TO DEFENDANTS IN CRIMINAL CASES

The deadline for court approval of plea agreements and for the defendant to receive a three level reduction for acceptance of responsibility under the Sentencing Guidelines is the final pretrial conference.  The plea agreement must be signed at or before the final pretrial conference in order for the court to approve the plea agreement and for the defendant to receive the three level reduction for acceptance of responsibility.  This new deadline replaces the previous deadline which was no later than three weeks before trial.  It is anticipated that this change will assist the court in unclogging the court's trial calendar.  As before, the court will consider motions to continue the final pretrial conference.

**FINAL PRETRIAL HEARING AND TRIAL SCHEDULING**
**Judge Richard A. Schell, Presiding**
**SHERMAN DIVISION**

**Monday, July 7, 2014 - 9:00 a.m.**

4:06 CR 238   (1)   UNITED STATES OF AMERICA v. MARCO F MADAIO

> G:   Andrew Stover
> D:   Robert Arrambide

4:12 CR 156   (2)   UNITED STATES OF AMERICA v. RONALD SERRANO

> G:   Ernest Gonzalez
> D:   Kirk Lechtenberger

(7)   UNITED STATES OF AMERICA v. CHRISTOPHER LEE MISQUEZ

> G:   Ernest Gonzalez
> D:   Rafael De La Garza

4:13 CR 013   (4)   UNITED   STATES   OF   AMERICA   v. ALFREDO GUTIERREZ HERNANDEZ

> G:   Jay Combs
> D:   William Pedersen

(6)   UNITED STATES OF AMERICA v. ISAEL RAMIEREZ, JR

> G:   Jay Combs
> D:   Matthew Hamilton

4:13 CR 014   (1)   UNITED STATES OF AMERICA v. LORENZO MAGANA

> G:   Glenn Jackson
> D:   Ricardo Montalvo

(2)   UNITED STATES OF AMERICA v. FELIX ELEAZAR CAZARES

> G:   Glenn Jackson
> D:   Pro Se

(4)    UNITED STATES OF AMERICA v. ARMANDO MIRANDA

      G:    Glenn Jackson
      D:    Heather Barbieri

(5)    UNITED STATES OF AMERICA v. STEVEN LANCE COX

      G:    Glenn Jackson
      D:    Donald Bailey

(8)    UNITED STATES OF AMERICA v. MIGUEL ANGEL GARZA-GUERRA

      G:    Glenn Jackson
      D:    Gerald Cobb

(9)    UNITED STATES OF AMERICA v. JUAN JOSE RODRIGUEZ

      G:    Glenn Jackson
      D:    Oscar Alvarez

(10)    UNITED STATES OF AMERICA v. VIDAL QUINTANA-CERDA

      G:    Glenn Jackson
      D:    Fernando Mancias

(12)    UNITED STATES OF AMERICA v. IGNACIO OCHOA

      G:    Glenn Jackson
      D:    Patrick Powell

(14)    UNITED STATES OF AMERICA v. FRANCISCO MANUEL DHEMING

      G:    Glenn Jackson
      D:    Derk Wadas

(15)    UNITED STATES OF AMERICA v. ALEJANDRO MARTINEZ-LOPEZ

      G:    Glenn Jackson
      D:    Robert Herrington

(19)    UNITED STATES OF AMERICA v. KENNETH LAYFIELD

      G:    Glenn Jackson
      D:    William Pedersen

---

4:13 CR 017   (2)    UNITED STATES OF AMERICA v. LACEY MICHELLE ADAMS

      G:    Ernest Gonzalez
      D:    Micah Belden

(5)     UNITED STATES OF AMERICA v. JASON BRUNO DUVALL

        G:     Ernest Gonzalez
        D:    M. Scott Prickett

(6)     UNITED STATES OF AMERICA v. MELANIE DIANE BINFORD

        G:     Ernest Gonzalez
        D:    Kevin Ross

(8)     UNITED STATES OF AMERICA v. MARVIN ALEXANDER GUNN

        G:     Ernest Gonzalez
        D:    Douglas Greene

---

4:13 CR 018   (1)   UNITED STATES OF AMERICA v. SERGIO TORRES

        G:     Ernest Gonzalez
        D:    Frank Perez

---

4:13 CR 057   (1)   UNITED STATES OF AMERICA v. RAFAEL BARBOSA

        G:     Ernest Gonzalez
        D:    Clark Birdsall

---

4:13 CR 067   (2)   UNITED STATES OF AMERICA v. RICARDO ORTIZ-FERNANDEZ

        G:     Ernest Gonzalez, Tracey Batson
        D:    Matthew Toback

---

4:13 CR 101   (1)   UNITED STATES OF AMERICA v. JASON VERA

        G:     Ernest Gonzalez
        D:    Kirk Lechtenberger

---

4:13 CR 102   (2)   UNITED STATES OF AMERICA v. DUSTIN MORRISON

        G:     Tracey Batson
        D:    Heath Hyde

(4)     UNITED STATES OF AMERICA v. CASSANDRA COWAN

        G:     Tracey Batson
        D:    Bobbie Peterson Cate

(7)   UNITED STATES OF AMERICA v. BRENTON THOMAS MASSEY

G:   Tracey Batson
D:   Rafael De La Garza

(10)   UNITED STATES OF AMERICA v. LUCAS KINNEY

G:   Tracey Batson
D:   Heather Fisher

(11)   UNITED STATES OF AMERICA v. PATRICK KELLEY

G:   Tracey Batson
D:   Kyle Kemp

---

4:13 CR 103  (1)   UNITED STATES OF AMERICA v. EDGAR JUAREZ-ORTEGA

G:   Ernest Gonzalez
D:   Douglas Greene

---

4:13 CR 104  (8)   UNITED STATES OF AMERICA v. DAMYION DELONEY

G:   Camelia Lopez
D:   Maria Tu

---

4:13 CR 149  (1)   UNITED STATES OF AMERICA v. QUYEN THUC HA

G:   Amanda Griffith
D:   Donald Bailey, Leigh Davis

(2)   UNITED STATES OF AMERICA v. YU LIN CHANG

G:   Amanda Griffith
D:   Christine Biederman

---

4:13 CR 176  (1)   UNITED STATES OF AMERICA v. HABIBOOLA NIAMATALI

G:   Glenn Jackson
D:   Thomas Mills

(2)   UNITED STATES OF AMERICA v. SHIRLEY NIAMATALI

G:   Glenn Jackson
D:   Jim Burnham

(4)     UNITED STATES OF AMERICA v. LISA TUMLISON

        G:     Glenn Jackson
        D:     Kevin Ross

---

4:13 CR 215   (1)     UNITED STATES OF AMERICA v. JOSHUA MARK FORD

        G:     Tracey Batson
        D:     Frank Henderson

---

4:13 CR 218   (2)     UNITED STATES OF AMERICA v. LEE ARTHUR LEWIS

        G:     Ernest Gonzalez
        D:     Michael Todd

---

4:13 CR 261   (1)     UNITED STATES OF AMERICA v. CASEY LUKER

        G:     Tracey Batson
        D:     Frank Henderson

---

4:13 CR 263   (1)     UNITED STATES OF AMERICA v. BRUCE STEVEN MARTIN

        G:     Andrew Williams
        D:     Frank Henderson

---

4:13 CR 265   (1)     UNITED STATES OF AMERICA v. PATRICK WELLINGTON ROSS

        G:     Tracey Batson
        D:     Kimberly Priest-Johnson

---

4:13 CR 266   (1)     UNITED STATES OF AMERICA v. TONY KEITH MCKENZIE, JR

        G:     Ernest Gonzalez
        D:     Phillip Hawk

(2)     UNITED STATES OF AMERICA v. MICHAEL WARREN COX, JR

        G:     Ernest Gonzalez
        D:     Heather Fisher

(3)     UNITED STATES OF AMERICA v. SEVERIANO V SANTIBANEZ

        G:     Ernest Gonzalez
        D:     Bobbie Peterson Cate

---

4:13 CR 267  (1)     UNITED STATES OF AMERICA v. LUZ OLIVO, SR

        G:     Jay Combs
        D:     Matthew Hamilton

(2)     UNITED STATES OF AMERICA v. VERONICA OLIVO

        G:     Jay Combs
        D:     Brian Bolton

---

4:13 CR 270  (1)     UNITED STATES OF AMERICA v. LINO BRIONES

        G:     Heather Rattan
        D:     Howard Blackmon

(2)     UNITED STATES OF AMERICA v. GUSTAVO RODRIGUEZ ARCE

        G:     Heather Rattan
        D:     Sergio Aleman

(3)     UNITED STATES OF AMERICA v. MARIA ERIKA ARCE

        G:     Heather Rattan
        D:     Floyd Shumpert

(4)     UNITED STATES OF AMERICA v. JUAN LOPEZ

        G:     Heather Rattan
        D:     Scott Palmer

(5)     UNITED STATES OF AMERICA v. RANDY MARTINEZ

        G:     Heather Rattan
        D:     Kirk Lechtenberger

(6)     UNITED STATES OF AMERICA v. VICTOR GONZALES

        G:     Heather Rattan
        D:     Donald Hoover

(7)     UNITED STATES OF AMERICA v. JUAN ANTUNEZ

        G:     Heather Rattan
        D:     Stephen Karns

    (8)      UNITED STATES OF AMERICA v. LAURENCIO HERNANDEZ

              G:     Heather Rattan
              D:     Billy Stovall

    (9)      UNITED STATES OF AMERICA v. JUAN RANGEL

              G:     Heather Rattan
              D:     Frank Perez

    (10)    UNITED STATES OF AMERICA v. JOSE FLORES

              G:     Heather Rattan
              D:     Mark Perez

    (13)    UNITED STATES OF AMERICA v. KENDRICK KENNARD

              G:     Heather Rattan
              D:     Christopher Mulder

---

4:13 CR 289  (1)      UNITED STATES OF AMERICA v. JOSE P LUNA

              G:     Shamoil Shipchandler
              D:     Derk Wadas

---

4:13 CR 293  (2)      UNITED STATES OF AMERICA v. ASHLEY NICOLE BLAIR

              G:     Andrew Stover
              D:     Robert Arrambide

    (4)      UNITED STATES OF AMERICA v. ISAIAH COPELAND THOMPSON

              G:     Andrew Stover
              D:     Garland Cardwell

---

4:14 CR 028  (9)      UNITED STATES OF AMERICA v. WADE STARR

              G:     Ernest Gonzalez
              D:     John Oliphant

    (20)    UNITED STATES OF AMERICA v. MICHAEL MOUNT

              G:     Ernest Gonzalez
              D:     Phillip Hawk

(21)   UNITED STATES OF AMERICA v. RENE TAMEZ

        G:   Ernest Gonzalez
        D:   Heath Hyde

_____

4:14 CR 029   (1)   UNITED STATES OF AMERICA v. STACY WALKER

        G:   Andrew Stover
        D:   James Whalen, Stephen Miller

_____

4:14 CR 031   (1)   UNITED STATES OF AMERICA v. PHILLIP JOE GILL

        G:   Amanda Griffith
        D:   Michael John Uhl, Earl Charles Dobson

_____

4:14 CR 035   (1)   UNITED STATES OF AMERICA v. GINA SPRATLING

        G:   Ernest Gonzalez
        D:   Scott Palmer

_____

4:14 CR 036   (1)   UNITED STATES OF AMERICA v. JERRY DON MALAER

        G:   Amanda Griffith
        D:   Frank Henderson

_____

4:14 CR 048   (1)   UNITED STATES OF AMERICA v. ERIC POUNDS

        G:   Andrew Stover
        D:   Garland Cardwell

     (2)   UNITED STATES OF AMERICA v. JENNIFER FIELDER

        G:   Andrew Stover
        D:   Robert Arrambide

     (3)   UNITED STATES OF AMERICA v. JAMES COYE

        G:   Andrew Stover
        D:   James Whalen

_____

4:14 CR 049   (1)   UNITED STATES OF AMERICA v. CLINT ROSNER

        G:   Ernest Gonzalez
        D:   Garland Cardwell

(2)    UNITED STATES OF AMERICA v. JOSHUA LAWSON

G:    Ernest Gonzalez
D:    Keith Willeford

(3)    UNITED STATES OF AMERICA v. MARTIN HERNANDEZ

G:    Ernest Gonzalez
D:    Robert Arrambide

(4)    UNITED STATES OF AMERICA v. LUCAS MONRAJAS

G:    Ernest Gonzalez
D:    Derk Wadas

---

4:14 CR 050  (1)    UNITED STATES OF AMERICA v. MANUEL BUSTOS-HERNANDEZ

G:    Tracey Batson
D:    Gaylon Riddels

---

4:14 CR 052  (1)    UNITED STATES OF AMERICA v. MARK RAYMOND HUTSON

G:    Tracey Batson
D:    Frank Henderson

---

4:14 CR 053  (1)    UNITED STATES OF AMERICA v. CYRUS GHARIB

G:    Jay Combs
D:    Scott Palmer

(2)    UNITED STATES OF AMERICA v. JONATHAN STUBBS

G:    Jay Combs
D:    Douglas Mulder

(3)    UNITED STATES OF AMERICA v.  BRYAN HIGGINBOTHAM

G:    Jay Combs
D:    Todd Shapiro

(7)    UNITED STATES OF AMERICA v.  NEIL KNOX

G:    Jay Combs
D:    Christopher Mulder, Robert Jenkins

(9)     UNITED STATES OF AMERICA v. GILBERT DURAN

G:     Jay Combs
D:     Scott Smith

(12)    UNITED STATES OF AMERICA v. GREGORY KAHN

G:     Jay Combs
D:     Kent Poynor

---

4:14 CR 066   (1)     UNITED STATES OF AMERICA v. MANUEL YANEZ

G:     Amanda Griffith
D:     Todd Shapiro

---

4:14 CR 074   (1)     UNITED STATES OF AMERICA v. KAI WEN TAN

G:     Glenn Jackson
D:     Anthony Smith

(2)     UNITED STATES OF AMERICA v. STEPHANIE KING

G:     Glenn Jackson
D:     Donald Flanary

(3)     UNITED STATES OF AMERICA v. STEPHEN WAGNER

G:     Glenn Jackson
D:     Hunter Biederman

---

4:14 CR 079   (1)     UNITED STATES OF AMERICA v. KEVIN WELCH

G:     Glenn Jackson
D:     Jeffrey Grass

---

4:14 CR 080   (1)     UNITED STATES OF AMERICA v. STEVEN DWAYNE LAMB

G:     Tracey Batson
D:     Gregory Waldron

---

4:14 CR 092   (1)     UNITED STATES OF AMERICA v. KEITH MICHAEL DUNCAN

G:     Amanda Griffith

D:     Denise Benson

---

4:14 CR 093   (1)      UNITED STATES OF AMERICA v. NICHOLAS JORDAN DAWSON

                         G:      Tracey Batson
                         D:      Robert Arrambide

---

4:14 CR 095   (1)      UNITED STATES OF AMERICA v. NAURICE SEAN LEWIS

                         G:      Tracey Batson
                         D:      Frank Henderson

---

4:14 CR 096   (1)      UNITED STATES OF AMERICA v. EVAN MITCHELL COBB

                         G:      Tracey Batson
                         D:      Frank Henderson

---

4:14 CR 097   (1)      UNITED STATES OF AMERICA v. COREY EVANS

                         G:      Tracey Batson
                         D:      James Whalen

---

4:14 CR 098   (1)      UNITED STATES OF AMERICA v. DERICK DAMON REDMON

                         G:      Tracey Batson
                         D:      Frank Henderson

---

4:14 CR 101   (1)      UNITED STATES OF AMERICA v. CHIJIOKE OBIORA

                         G:      Jay Combs
                         D:      Garland Cardwell

---

4:14 CR 102   (1)      UNITED  STATES  OF  AMERICA  v. UCHE VICTOR HARRISON
                         ONYEWULOTU

                         G:      Jay Combs
                         D:      Frank Henderson

---

CIVIL TRIAL DOCKET - SHERMAN DIVISION
Judge Richard A Schell, Presiding

_____

**Monday, July 7, 2014**

_____


**1:30 pm**

4:11 cv 674      PADRE NTERPRISES, INC v. RHEA

            For Plaintiff:          Lewis Isaacks, Emily Newhouse
            For Defendant:       David Curtis, Hugh Coleman