# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:14−mj−00616−BN−1

| | |
|---|---|
| Case title: USA v. Spratling | Date Filed: 08/29/2014 |
| Other court case number: 4:14−cr−035 Eastern District of Texas | |

Assigned to: Magistrate Judge David L Horan

**Defendant (1)**

| | | |
|---|---|---|
| **Gina Spratling** | represented by | **Scott H Palmer** <br> Scott H Palmer PC <br> 15455 Dallas Parkway <br> Suite 540 LB 32 <br> Addison, TX 75001 <br> 214/987−4100 <br> Fax: 214/922−9900 <br> Email: scott@scottpalmerlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br> *Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| O/D Probation Violation Petition | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mark T Pittman–DOJ**<br>United States Attorney's Office<br>Northern Distict of Texas<br>1100 Commerce Street<br>3rd Floor<br>Dallas, TX 75242<br>214–659–8662<br>Fax: 214–767–4104<br>Email: mark.pittman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/29/2014 | | | Arrest (Rule 5) of Gina Spratling. Case Number 4:14–cr–035 from Eastern District of Texas. (mcrd) (Entered: 08/29/2014) |
| 08/29/2014 | 1 | 3 | Minute Entry for proceedings held before Magistrate Judge David L Horan: Initial Appearance as to Gina Spratling held on 8/29/2014. Deft waived identity hearing, but reserved her right to a detention hearing in the charging district upon removal. Attorney Appearances: AUSA – Mark Pittman; Defense – Scott Palmer. (Court Reporter: Digital File) (No exhibits) Time in Court – :05. (mcrd) (Entered: 08/29/2014) |
| 08/29/2014 | 2 | 4 | ENTRY OF APPEARANCE OF COUNSEL by Scott H Palmer appearing for Gina Spratling (mcrd) (Entered: 08/29/2014) |
| 08/29/2014 | 3 | 5 | MOTION for Pretrial Detention filed by USA as to Gina Spratling (mcrd) (Entered: 08/29/2014) |
| 08/29/2014 | 4 | 8 | WAIVER of Rule 5 Hearings by Gina Spratling (mcrd) (Entered: 08/29/2014) |
| 08/29/2014 | 5 | 9 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Gina Spratling. Defendant is removed forthwith to the district in which she is charged. Paperwork sent to Eastern District of Texas. (Ordered by Magistrate Judge David L Horan on 8/29/2014) (mcrd) (Entered: 08/29/2014) |

## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Vila Fisher | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 3 mins |
| A.M.        P.M. 2:00 | DATE: August 29, 2014 |

☐ MAG. NO.       ☐ DIST. CR. NO. 3:14-mj-00616-BN *SEALED*    USDJ Magistrate Judge David L Horan

UNITED STATES OF AMERICA     §    Mark Pittman, AUSA
                             §
v.                           §    _____ ☐
                             §
                             §    Scott Palmer ☐
GINA SPRATLING (1)           §    COUNSEL FOR DEFENDANTS APPT – (A), Retd –
                                  (R), FPD – (F)

☒ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 08/29/2014  ☐ SURRENDER____ ☐ RULE 5/32 ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☒ PROBATION/SUPERVISED RELEASE VIOLATOR  PRETRIAL
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☒ DEFT HAS RETAINED COUNSEL  Scott Palmer
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____ ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☒ DEFT  ☐ MW  REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☒ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Dft reserves the right to Dtn Hrg in the charging district

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:14-mj-00616-BN *SEALED* |
| | § | |
| GINA SPRATLING (1) | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 29th day of August, 2014.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

_____ (Attorney Signature)

SCOTT H. PALMER (Attorney Name – Please Print)

00797196 (Attorney Bar Number)

15455 Dallas Pkwy
Suite 540, LB 36
Addison, TX 75001 (Address)

214.787.4100 (Phone No. including area code)

4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

GINA SPRATLING

NO. 3:14-MJ-00616

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Gina Spratling**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    _____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States ~~will~~/will not invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

DATED this __29th__ day of __August__, 2014.

**Motion for Detention - Page 2**

6

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Mark T. Pittman*

MARK T. PITTMAN
Special Assistant United States Attorney
Bar No. 24013338
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8662
Facsimile: 214-767-4100
Email: mark.pittman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __29th__ day of __August__, 2014.

*/s/ Mark T. Pittman*

MARK T. PITTMAN
Special Assistant United States Attorney

Case 3:14-mj-00616-BN Document 7 Filed 08/29/14 Page 1 of 1 PageID 6
Case 4:14-cr-00035-MAC-KPJ Document 70 Filed 08/29/14 Page 166 of 170 PageID #: 166
AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:14-mj-00616-BN *SEALED* |
| v. | § | |
| GINA SPRATLING (1) | § | Charging District's Case No. 4:14-cr-035 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Eastern District of Texas.

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

 an identity hearing and production of the warrant.

☐ a preliminary hearing.

 a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 29th day of August, 2014

_____
Defendant's Signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:14-mj-00616-BN *SEALED* |
| | § | Other Dist. Docket No. 4:14-cr-035 |
| v. | § | Charge Pending: |
| | § | Eastern District of Texas |
| GINA SPRATLING (1) | § | Sherman Division |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of Pretrial Release Violation. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)** **Transfer**

☒ The government has produced a copy of the warrant, and

☒ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    ☒ The defendant waived identity hearing.

    ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**Rule 5.1:** **Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☒ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

    ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ The defendant should be detained.

  ☐ The defendant should be released on bond.

---

**ORDER ENTERED ON THE FOREGOING REPORT**

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 29th day of August, 2014



_____
United States Magistrate Judge

(Use Other Side for Return)