# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CRIMINAL NO. 4:14CR35 |
| GINA SPRATLING | § § | |

## ORDER

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his/her right to a detention hearing. It is therefore

**ORDERED** that the Defendant is detained pending trial without prejudice to his/her re-raising the issue of pretrial detention at any time.

Signed this 11th day of September, 2014.

_____
Amos L. Mazzant
U. S. Magistrate Judge